**Order entered November 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01340-CV

### IN RE SEVEN HILLS COMMERCIAL, LLC, Relator

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-06312-D**

## ORDER

Before the Court is a Motion to Enforce Order filed by real party in interest on October 29, 2013, and relator's response. In light of our opinion and order of October 30, 2013, we **DENY** the motion as **MOOT**.

/s/    DAVID LEWIS
        JUSTICE